# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § | CIVIL ACTION NO. 6:16-cv-463 (consolidated case) |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:16-cv-464 (member case) |
| v. | § § | **JURY TRIAL DEMANDED** |
| MEDICAL INFORMATION TECHNOLOGY, INC. D/B/A MEDITECH, | § § § | |
| Defendant. | § | |

## ORDER

The Court has considered the Joint Stipulation of Dismissal by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A ("Uniloc") and Defendant Viztek LLC ("Viztek") and is of the opinion that the Stipulation should be APPROVED.

Accordingly, it is ORDERED that:

1. Any and all claims and/or counterclaims by Uniloc and Viztek against one another are dismissed with prejudice from the case.

2. Uniloc and Viztek shall each bear their own attorney's fees, expenses and costs.

3. Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

**So ORDERED and SIGNED this 23rd day of January, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE